IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOUGLAS BENENHALEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. 04-1397-KAJ |
| ) | |
| HARRINGTON RACEWAY, INC., d/b/a ) | TRIAL BY JURY DEMANDED |
| MIDWAY SLOTS AND SIMULCAST, and ) | |
| GAMING ENTERTAINMENT ) | |
| (DELAWARE) LLC, d/b/a MIDWAY ) | |
| SLOTS AND SIMULCAST, ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and among the parties, that the above-captioned action be dismissed in its entirety, with prejudice, with no award of counsel fees or costs by the Court to either side.

GRADY & HAMPTON, LLC

_____
John S. Grady, Esquire (No. 79)
6 North Bradford Street
Dover, DE 19904
Telephone: (302) 678-1265

Attorneys for Plaintiff

Dated: 3/2/05

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Scott A. Holt, Esquire (No. 3399)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6623
Facsimile: (302) 576-3299

Attorneys for Defendants

**SO ORDERED** this \_\_\_ day of _____, 2005:

_____
U.S.D.J.

WP3:1087873.1